Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILLIAM A. GAHAN, Respondent, against RAILWAY EXPRESS AGENCY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ROBERT LA SOTA, Respondent, against ROESSLER & HASSLACHER CHEMICAL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of COMMISSIONER OF TAXATION AND FINANCE Arising Out of the Death of GEORGE PETERSON, Deceased Employee, Respondent, against HARRISON ENGINEERING AND CONSTRUCTION CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of COMMISSIONER OF TAXATION AND FINANCE and LOLA CLARK, on Account of the Death of THOMAS HOOD, Deceased Employee, Respondents, against REALTY ASSOCIATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents and votes to reverse the award and to dismiss the claim.

In the Matter of the Claim of THOMAS MELVILLE, Respondent, against ARTESIAN WELL AND SUPPLY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN MALTMAN, Respondent, against LAURYE HOMES CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. (See Workmen's Comp. Law, § 54, ¶ 4.) Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of RUTH KAIL on Account of the Death of NEWTON S. KAIL, Respondent, against LACKAWANNA STEEL CONSTRUCTION COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents and votes to reverse.

In the Matter of the Claim of ALICE STAGER, Respondent, against FOX FILM CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARTHA RYF, Respondent, against RICHARD A. DILLMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ELLA BELDON, Respondent, against KELLY COAL Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes,

* Affd., 262 N. Y. 669.